1  BENJAMIN B. WAGNER
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

**FILED**

JUN 0 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of | CASE NO. 2:15-SW-0193 KJN |
|---|---|
| Private Mailbox at 3308 El Camino Avenue Ste. 300, Sacramento, California 95821 registered to Glenn Litton | [PROPOSED] ORDER UNSEALING REDACTED SEARCH WARRANT AND AFFIDAVIT |

The government's application to unseal a redacted copy of the search warrant and underlying affidavit is HEREBY GRANTED as follows:

The case is unsealed with the exception of the original search warrant and affidavit. The original search warrant and its accompanying affidavit will remain sealed. A copy of the unredacted original search warrant and its accompanying affidavit will be provided to the defendant. The Clerk is directed to file a redacted copy of the search warrant and affidavit on the public docket.

SO ORDERED.

Dated: June __4__, 2015       By: _____
                                  HON. EDMUND F. BRENNAN
                                  United States Magistrate Judge